UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-00638-HDV-ACCV | Date | February 20, 2026 |
|---|---|---|---|
| Title | *Yusen Guan v. Kristi Noem et al.* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING PRELIMINARY INJUNCTION REQUIRING BOND HEARING [3]**

Petitioner Yusen Guan filed a Petition for Writ of Habeas Corpus [Dkt. 1] and an Emergency Motion for Temporary Restraining Order ("Application") [Dkt. 3] on February 11, 2026. Finding a probability of success on the merits and numerous forms of irreparable harm, this Court immediately issued emergency relief maintaining the status quo. [Dkt. 6]. The Court also ordered Respondents to file a response brief, by February 17, regarding the appropriateness of a preliminary injunction requiring an individualized bond hearing under 8 U.S.C. § 1226(a). *Id.*

As of today, February 20, Respondents have not filed any opposition or other response to the Application and the Court's prior order. Given this failure to oppose, the Court finds that the analysis in *Helal v. Janecka et al.*, No. 5:25-cv-02650-HDV-JC (C.D. Cal. Oct. 24, 2025) [Dkt. 12] and *Maldonado Bautista et al. v. Santacruz et al.*, No. 5:25-cv-01873-SSS-BFM (C.D. Cal. Dec. 18, 2025) [Dkt. 93] apply and control here.

The Court thus grants Petitioner's Application. Respondents are hereby enjoined from:
- continuing to detain Petitioner unless Petitioner is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of this Order; and
- transferring, relocating, or removing Petitioner (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending Petitioner's bond hearing or release.

     Respondents are ordered to disseminate this Order to the immigration agents in charge of processing Petitioner, and to place a copy of this Order in the Petitioner's A-File. The parties are ordered to file, within **ten days** of this Order, a joint report regarding the status of compliance with this order.

**IT IS SO ORDERED.**